# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ROBERT BRUGLER | No. 4:15-CV-01031 |
| Plaintiff, | (Judge Brann) |
| v. | |
| UNUM GROUP and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY | |
| Defendants. | |

## ORDER

### NOVEMBER 2, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Motion for Partial Summary Judgment filed by Defendants Unum Group and Provident Life and Accident Insurance Company, ECF No. 31, is **GRANTED.** Upon resolution of the remaining claims in this case, the Clerk of Court is directed to enter judgment in favor of Defendants on Counts II, III, IV, and V of Plaintiff's Complaint, ECF No. 1.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge