# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ROBERT BRUGLER, | No. 4:15-CV-01031 |
| Plaintiff, | (Judge Brann) |
| v. | |
| UNUM GROUP and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

## ORDER

**AND NOW**, this 17th day of September 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion *in Limine*, July 29, 2019, ECF No. 64, is **GRANTED**.

2. Defendants' Motion *in Limine*, July 29, 2019, ECF No. 65, is **GRANTED**.

3. Defendants' Motion *in Limine*, July 29, 2019, ECF No. 66, is **GRANTED**.

4. Defendants' Motion *in Limine*, July 29, 2019, ECF No. 67, is **GRANTED**.

5. Plaintiff's Motion *in Limine*, July 29, 2019, ECF No. 74, is **GRANTED IN PART AND DENIED IN PART**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge